CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Joseph Williams Selby**<br>DOB: 2000; United States Citizen | DOCKET NO. |
|  | MAGISTRATE'S CASE NO.<br>25-2952MJ |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about August 9, 2025, in the District of Arizona, **Joseph Williams Selby**, knowing and in reckless disregard of the fact that a certain illegal alien, Eusebio Lugo-Otero, had come to, entered, and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 9, 2025, in the District of Arizona (Amado) at approximately 9:30 a.m., BPAs were conducting roving patrol duties. BPAs were observing traffic on Mount Hopkins Road when a black sedan drove south on Mount Hopkins Road passing the BPAs. A few minutes later, BPAs observed the black sedan, later identified as a 2019 Ford Fiesta, then driving back north on Mount Hopkins Road and it turned west on West Elephant Head Road. The Mount Hopkins Road and West Elephant Head Road route is commonly used by smugglers to circumvent the Interstate 19 Immigration Checkpoint. BPAs followed the vehicle and initiated a vehicle stop by activating their emergency lights and sirens.

The Ford Fiesta failed to yield and increased its speed. The driver made multiple turns, failing to stop at a posted "stop" sign, and eventually crashed. The vehicle crashed into a large bush on the west side of East Frontage Road. BPAs observed the driver attempt to get the vehicle free from the bush, with gravel, dirt, and dust flying from the wheels of the vehicle. BPAs stated the vehicle was able to abruptly get free from the bush and drive north in front of the BPAs' vehicle at which time the BPA struck the fleeing vehicle with their front bumper in the rear trunk area. The fleeing vehicle came to a final stop on the side of East Frontage Road just north of the West Elephant Head Road intersection. BPAs observed the driver exit the vehicle immediately and put his hand in the air surrendering. At the same time BPAs observed a male wearing a white shirt and blue jeans and a female wearing blue jeans and a yellow t shirt, exit from the rear passenger seats and run east into an open field.

BPAs detained the driver identified as **Joseph Williams Selby**, a United States Citizen. While detaining **Selby**, he stated there was a loaded handgun in the driver side door compartment. BPAs located a Smith and Wesson 9mm handgun with serial number PJM4440. The handgun was loaded with one round in the chamber and a filled 12-round magazine.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Eusebio Lugo-Otero

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>*/s/*<br><br>OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x  <br>SIGNATURE OF MAGISTRATE JUDGE[1)] | DATE<br>August 11, 2025 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**

Other BPAs pursed the two other individuals who fled from the vehicle. Following foot sign, BPAs tracked the individuals for approximately an hour and half but did not find them. Then, BPAs were informed via service radio of a possible subject running south towards West Elephant Head Road near the train tracks in the area where the foot sign had led. BPAs encountered a subject matching the description of the male that fled from the vehicle. BPAs conducted an immigration inspection on subject and determined him to be Eusebio Lugo-Otero, a citizen of Mexico illegally in the United States. Records checks revealed that Lugo-Otero does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Eusebio Lugo-Otero is a Mexican citizen who paid $1,000 to illegally cross into the United States and was going to be charged $5,000 when he reached his destination in Texas. He stated he illegally crossed the International Border Fence (IBF) on August 6, 2025, near Nogales, Arizona. He stated he walked for 20 minutes then was picked up by a vehicle, but he could not identify the vehicle or the driver. He then was driven to an unknown location in the desert and dropped off in the brush and met up with an unknown female that was also waiting in the desert brush. He stated that he and the female walked for three days until they arrived at a location near a road. He stated a car arrived approximately five minutes after they arrived at the roadside location. He stated the driver whistled at them indicating to get in the vehicle. He said he and the female sat in the backseat of the vehicle. He stated the driver told them to stay low in the seat as to not be seen by Border Patrol Agents. He stated he did not understand what the driver was saying due to the driver speaking English, but the driver was motioning with his hands to stay low into the seat. He stated he heard the driver scream and then felt an impact as if they crashed. He stated he opened the door out of instinct and began to run into the desert.